**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

Dated: August 08 2005

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In Re:     *     HON MARY ANN WHIPPLE

    *

**Curtis/Michelle Josefick**

    *

Debtor(s)     *     Case No. 05-34683 W

### STIPULATED ORDER AMENDING CHAPTER 13 PLAN

    Now comes Anthony B. DiSalle, Standing Chapter 13 Trustee, Counsel for Debtor(s) herein, and stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties. The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Amended Chapter 13 Plan filed on _____5/9/05_____.

☑ **The Chapter 13 Plan payment originally proposed in the amount of** $____2148.00_____ per _____month_____ is hereby amended to $____2300.00_____ per _____ month_____ for __36____ months.

☐ **The Chapter 13 Plan originally providing for payments to be made for a period of _____ months is hereby amended and the plan payments shall be made for a period of _____ months.**

☐ ☐ **The Chapter 13 plan originally proposed at a percentage of _____% is hereby increased to the percentage of _____%.**

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

**APPROVED THIS _26th___ day of __July_____, 2005:**

*/s/ Anthony B. DiSalle___*_____
**Anthony B. DiSalle**
**Standing Chapter 13 Trustee**


*/s/ William J. Belena_____*_____
**Attorney for Debtor(s)**


*/s/ Curtis Edward Josefick_____*_____
**Debtor**

*/s/ Michelle Lee Josefick_____*___
**Debtor**