## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

IN RE:     JOSEFICK, CURTIS EDWARD &          CASE NO: 05-34683
           JOSEFICK, MICHELLE LEE

           Debtor(s)                          CHAPTER 13

                                              JUDGE WHIPPLE


## MOTION TO MODIFY CONFIRMED PLAN TO REDUCE MONTHLY PLAN PAYMENTS AND TO EXTEND TERM TO SIXTY MONTHS

NOW COMES CURTIS JOSEFICK, DEBTOR-HUSBAND, and moves this court for an order modifying the confirmed Chapter 13 Plan as follows:

1. To increase the term of the plan to Sixty months. The term of the present plan is Thirty-Six months at a 100% dividend to unsecured creditors. The Chapter 13 Trustee has advised that although debtors have been making large and regular payments, the plan will not complete in thirty-six months. This amendment is necessary to assure that the plan remains feasible.

2. To reduce the monthly plan payment to $800.00 per month, or such other amount as will permit the plan to be completed within 60 months. Debtors have divorced. Under the terms of the decree debtor-husband is required to make all payments in the Chapter 13 case. This amendment will permit debtor-husband to successfully meet his obligations under both this case and the divorce due to the necessary change in income tax withholding and reduced take home pay.

Respectfully submitted,


/s/ William J. Balena
_____
William J. Balena (0019641)
Attorney for Debtors
511 W. Broad Street
Elyria, OH 44035
(440) 365-2000
(440) 323-0260 - Fax
bbalena@mac.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

IN RE:    **JOSEFICK, CURTIS EDWARD &**          **CASE NO: 05-34683**
          **JOSEFICK, MICHELLE LEE**

          **Debtor(s)**                          **CHAPTER 13**

                                                 **JUDGE WHIPPLE**


## <u>CERTIFICATION</u>

The undersigned hereby certifies that a copy of the foregoing Motion to Modify Plan was

served via e-mail and/or regular U.S. Mail this __13__ day of April, 2007, to the following:


Anthony B. DiSalle, Chapter 13 Trustee
(via e-mail)

| | | | |
|---|---|---|---|
| Curtis Josefick, Debtor<br>10 Farmers Street<br>Wakeman, OH 44889 | Chase<br>P.O. Box 15902<br>Wilmington, DE 19850 | Citifinancial<br>P.O. Box 8020<br>S. Hackensack, NJ 07606 | Direct Merchants Bank<br>P.O. Box 21550<br>Tulsa, OK 74121-2128 |
| Michelle Josefick, Debtor<br>33803 Electric Blvd, C16<br>Avon Lake, OH 44012 | Choice VISA<br>P.O. Box 8106<br>S. Hackensack, NJ 07606 | Citizens FN<br>5214 Detroit Rd.<br>Elyria, OH 44035 | Discover Card<br>P.O. Box 15251<br>Wilmington, DE 19886-5251 |
| Bank One<br>P.O. Box 15153<br>Wilmington, DE 19886 | Citifinancial<br>P.O. Box 8019<br>S. Hackensack, NJ 07606 | Countrywide Home Loans<br>P.O. Box 660625<br>Dallas, TX 75266-0625 | FirstMerit Bank<br>P.O. Box 148<br>Akron, OH 44309-0148 |
| Capital One<br>P.O. Box 26074<br>Richmond, VA 23260 | CitiCard<br>P.O. Box 8102<br>S. Hackensack, NJ 07606 | Countrywide Home Loans<br>P.O. Box 660694<br>Dallas, TX 75266-0694 | GE Capital Cons Cardco<br>P.O. Box 960061<br>Orlando, FL 32896 |
| HFC<br>P.O. Box 4153-K<br>Carol Stream, IL 60197-4153 | Household Bank<br>P.O. Box 80053<br>Salinas, CA 93912-0053 | Huntington National Bank<br>P.O. Box 2059<br>Columbus, OH 43216-2059 | Lowes<br>P.O. Box 981064<br>El Paso, TX 79998-1064 |

| Providian | RITA | School District Tax | Wells Fargo |
|-----------|------|---------------------|-------------|
| P.O. Box 660509 | P.O. Box 94951 | P.O. Box 98784 | P.O. Box 98784 |
| Dallas, TX 75266 | Cleveland, OH 44101-4951 | Columbus, OH 43218 | Las Vegas, NV 89193 |

WFNNB-Arhaus
P.O. Box 659704
San Antonio, TX 78265

Respectfully submitted,

/s/ William J. Balena

_____

William J. Balena (0019641)
Attorney for Debtors
511 W. Broad Street
Elyria, OH 44035
(440) 365-2000
(440) 323-0260 - Fax
bbalena@mac.com