The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



Mary Ann Whipple
United States Bankruptcy Judge

Dated: May 16 2007

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| IN RE: JOSEFICK, CURTIS EDWARD & JOSEFICK, MICHELLE LEE | CASE NO: 05-34683 |
| Debtor(s) | CHAPTER 13 |
| | JUDGE WHIPPLE |

### ORDER GRANTING AMENDED MOTION TO MODIFY CONFIRMED PLAN TO REDUCE MONTHLY PLAN PAYMENTS TO $1,500.00 AND TO EXTEND TERM TO SIXTY MONTHS

The Court finds that Debtor-Husband filed an Amended Motion to Reduce Monthly Plan Payments to $1,500.00, that all interested parties and creditors have been duly served with the motion,

and that no objections to this motion have been filed..

THE COURT ORDERS THAT the monthly plan payment be reduced by $800.00 per month to $1,500.00 per month.

Submitted by:

/s/ William J. Balena

_____
William J. Balena (0019641)
Attorney for Debtors
511 W. Broad Street
Elyria, OH 44035
(440) 365-2000
(440) 323-0260 - Fax
bbalena@mac.com

# SERVICE LIST

Anthony B. DiSalle, Chapter 13 Trustee
(via e-mail)

| | | | |
|---|---|---|---|
| Curtis Josefick, Debtor<br>10 Farmers Street<br>Wakeman, OH 44889 | Chase<br>P.O. Box 15902<br>Wilmington, DE 19850 | Citifinancial<br>P.O. Box 8020<br>S. Hackensack, NJ 07606 | Direct Merchants Bank<br>P.O. Box 21550<br>Tulsa, OK 74121-2128 |
| Michelle Josefick, Debtor<br>210 Lakewood Drive<br>Avon Lake, OH 44012 | Choice VISA<br>P.O. Box 8106<br>S. Hackensack, NJ 07606 | Citizens FN<br>5214 Detroit Rd.<br>Elyria, OH 44035 | Discover Card<br>P.O. Box 15251<br>Wilmington, DE 19886-5251 |
| Bank One<br>P.O. Box 15153<br>Wilmington, DE 19886 | Citifinancial<br>P.O. Box 8019<br>S. Hackensack, NJ 07606 | Countrywide Home Loans<br>P.O. Box 660625<br>Dallas, TX 75266-0625 | FirstMerit Bank<br>P.O. Box 148<br>Akron, OH 44309-0148 |
| Capital One<br>P.O. Box 26074<br>Richmond, VA 23260 | CitiCard<br>P.O. Box 8102<br>S. Hackensack, NJ 07606 | Countrywide Home Loans<br>P.O. Box 660694<br>Dallas, TX 75266-0694 | GE Capital Cons Cardco<br>P.O. Box 960061<br>Orlando, FL 32896 |
| HFC<br>P.O. Box 4153-K<br>Carol Stream, IL 60197-4153 | Household Bank<br>P.O. Box 80053<br>Salinas, CA 93912-0053 | Huntington National Bank<br>P.O. Box 2059<br>Columbus, OH 43216-2059 | Lowes<br>P.O. Box 981064<br>El Paso, TX 79998-1064 |
| Providian<br>P.O. Box 660509<br>Dallas, TX 75266 | RITA<br>P.O. Box 94951<br>Cleveland, OH 44101-4951 | School District Tax<br>P.O. Box 98784<br>Columbus, OH 43218 | Wells Fargo<br>P.O. Box 98784<br>Las Vegas, NV 89193 |
| WFNNB-Arhaus<br>P.O. Box 659704<br>San Antonio, TX 78265 | | | |

###