*#639326  #128323*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

2010 MAR -4 PM 3: 31

IN RE:                    *          CASE # 05-34683 W
                                     CHAPTER 13
                          *
Josefick, Curtis & Michelle
Debtor                    *

TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to contact them. Trustee voided several returned disbursement checks from the United States Postal Service, "marked return to sender/unable to forward".

2. The balance of funds for the creditor in the amount of **$227.48** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "paid in full".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 603071 | Capital One Bank<br>c/o TSYS Debt Management<br>P O Box 5155<br>Norcross, Ga. 30091 | 129.26 | 10/30/09 |
| 621374 | Capital One Bank<br>c/o TSYS Debt Management<br>P O Box 5155<br>Norcross, Ga. 30091 | 86.18 | 12/31/09 |
| -- | Capital One Bank<br>Same as above | 12.04 | Balance |

3. Your trustee's check #639326 for a total balance due of $227.48 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 02/26/10

John P. Gustafson
Trustee in Bankruptcy